```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                       :
CHESAPEAKE ENERGY CORPORATION,                         :
                                                       :
                              Plaintiff,               :
                                                       :
               -v-                                     :
                                                       :
THE BANK OF NEW YORK MELLON TRUST                      :
COMPANY, N.A.,                                         :
                                                       :
                              Defendant.               :
                                                       :
------------------------------------------------------------------X
```

13 Civ. 1582 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion to withdraw, dated March 25, 2013, from the Intervenor Ad Hoc Noteholder Group (the "Intervenors"). Dkt. 41–42. If either Chesapeake Energy Corp. or Bank of New York Mellon Trust Co. plans to oppose the motion, the Court directs them to do so by 5:00 p.m. on March 27, 2013. A reply from the Intervenors, if any, is due by 5:00 p.m. on March 28, 2013.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 25, 2013
       New York, New York