UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHESAPEAKE ENERGY CORPORATION,

                Plaintiff,

-v-

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,

                Defendant.

------------------------------------------------------------------X

13 Civ. 1582 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/13

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from defendant Bank of New York Mellon, dated March 27, 2013, raising certain discovery disputes. Dkt. 52. Plaintiff is directed to submit a letter in response by 5:00 p.m. on Thursday, March 28, 2013. The Court will resolve these issues on a phone call with counsel at 9:00 a.m. on Friday, March 29, 2013. The Court will be dialing in remotely. Defense counsel are therefore directed to supply a dial-in number to be used by the Court; the Court's law clerk; the court reporter; and counsel.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: March 27, 2013
       New York, New York