UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
CHESAPEAKE ENERGY CORPORATION,   :
:
               Plaintiff,   :
:  Civil Action No. 13-cv-1582 (PAE)
     v.   :
THE BANK OF NEW YORK MELLON   :  ECF Case
TRUST COMPANY, N.A.,   :
               Defendant.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF MOTION OF DEFENDANT THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE EXTRINSIC EVIDENCE OF UNCOMMUNICATED SUBJECTIVE INTENT**

     PLEASE TAKE NOTICE that, for the reasons set forth in the accompanying Memorandum of Law and Declaration of Steven M. Bierman, defendant, by its undersigned attorneys, moves this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Courthouse, 40 Foley Square, New York, NY 10007, to exclude extrinsic evidence of uncommunicated subjective intent at the trial of this action, and for such other and further relief as the Court deems just and proper.

Dated:  New York, New York
         April 22, 2013                          Respectfully Submitted,

                                                  SIDLEY AUSTIN LLP

                                      By:   /s/ Steven M. Bierman
                                           Steven M. Bierman
                                           sbierman@sidley.com
                                           Benjamin R. Nagin
                                           bnagin@sidley.com
                                           Alex R. Rovira
                                           arovira@sidley.com
                                           787 Seventh Avenue
                                           New York, New York 10019
                                           Telephone:  (212) 839-5300
                                           Facsimile: (212) 839-5999

EMMET, MARVIN & MARTIN, LLP

By: /s/ Paul T. Weinstein
    Paul T. Weinstein
    pweinstein@emmetmarvin.com
    Tyler J. Kandel
    Mordecai Geisler
    120 Broadway, 32nd Floor
    New York, New York 10271
    Telephone: (212) 238-3000
    Facsimile: (212) 238-3100

DUVAL & STACHENFELD LLP

By: /s/ Allan N. Taffet
    Allan N. Taffet
    ataffet@dsllp.com
    555 Madison Avenue, 6th Floor
    New York, New York 10022
    Telephone: (212) 883-1700
    Facsimile: (212) 883-8883

*Attorneys for the Defendant The Bank of New York Mellon Trust Company, N.A.*