UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHESAPEAKE ENERGY CORPORATION,

                Plaintiff,

      -v-

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,

                Defendant.

------------------------------------------------------------X

13 Civ. 1582 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At the conference held April 30, 2013, the Court advised counsel of its intention to issue an order identifying all exhibits admitted at trial. The following exhibits were received:

Plaintiffs' Exhibits:

PX 1–44, 46–51, 101–105D.

Defendant's Exhibits:

DX 3, 9, 17, 20, 22, 25–26, 32–33, 36, 38, 43–45, 47, 49, 50–51, 54, 56, 58–59, 62, 68, 75, 79, 80–85, 90, 94, 101–102, 108, 110, 113, 115, 118–119, 127, 129, 139, 152, 165–168, 183–184, 187, 189, 190, 197–199, 200–201, 205.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 1, 2013
       New York, New York

1