USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHESAPEAKE ENERGY CORPORATION,
                  Plaintiff,

13 **CIVIL** 1582 (PAE)

-against-

## JUDGMENT

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,
                  Defendant.
-----------------------------------------------------------X

Between April 23 and 30, 2013, the Court having held a bench trial, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on May 8, 2013, having rendered its Opinion and Order entering judgment in favor of Chesapeake on Claim One, issuing a declaratory judgment that Chesapeake's Notice of Special Early Redemption, issued on March 15, 2013, was timely and effective to redeem the 2019 Notes under the special early redemption terms set forth in § 1.7(b) of the Supplemental Indenture, and dismissing Claim Two as moot, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 8, 2013, the Court enters judgment in favor of Chesapeake on Claim One; the Court issues a declaratory judgment that Chesapeake's Notice of Special Early Redemption, issued on March 15, 2013, was timely and effective to redeem the 2019 Notes under the special early redemption terms set forth in § 1.7(b) of the Supplemental Indenture; and the Court dismisses Claim Two as moot.

**Dated:** New York, New York
        May 8, 2013

**RUBY J. KRAJICK**
Clerk of Court

BY:
_____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**