UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHESAPEAKE ENERGY CORPORATION,

                Plaintiff,

        - against -

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,

                Defendant.
-----------------------------------------------------------------x

13 Civ. 1582 (PAE)

ECF Case

**NOTICE OF APPEAL**

      NOTICE IS HEREBY GIVEN that The Bank of New York Mellon Trust Company, N.A., defendant in this Court, appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York dated May 8, 2013, and entered in this action that same day (docket number 116); from the Opinion and Order of the United States District Court for the Southern District of New York dated May 8, 2013, and entered in this action that same day (docket number 115); and from all associated and underlying orders, judgments and decisions.

| | |
|---|---|
| Dated: May 10, 2013<br>New York, New York | Respectfully submitted,<br><br>/s/ Steven M. Bierman<br>―――――――――――――――<br>Steven M. Bierman<br>sbierman@sidley.com<br>Benjamin R. Nagin<br>bnagin@sidley.com<br>James D. Arden<br>jarden@sidley.com<br>Alex R. Rovira<br>arovira@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5999<br><br>*Counsel for Defendant, The Bank of New York Mellon Trust Company, N.A.* |

2