UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHESAPEAKE ENERGY CORPORATION,

                Plaintiff,

      -v-

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,

                Defendant.

------------------------------------------------------------------X

13 Civ. 1582 (PAE)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/13

PAUL A. ENGELMAYER, District Judge:

    The Court is today issuing a revised Opinion & Order in place of the Opinion & Order issued on September 30, 2013 (Dkt. 143). The revised Opinion & Order deletes two words (on p. 11, line 8) errantly added during the editorial process.

    SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 1, 2013
       New York, New York