```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHESAPEAKE ENERGY CORPORATION, :
:         13 Civ. 1582 (PAE)
                    Plaintiff, :
:              ORDER
            -v- :
:
THE BANK OF NEW YORK MELLON TRUST :
COMPANY, N.A., :
:
                    Defendant. :
:
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for plaintiff Chesapeake Energy Corporation seeking an extension of time (Dkt. 169) to respond to the motion for further relief filed by defendant Bank of New York Mellon (Dkt. 160–62). The Court's judgment is that, rather than rule on the application for an extension of time, the Court would benefit from an in-person conference with counsel to discuss the trajectory of this case and the related case of *Pasculli v. Chesapeake Energy Corporation*, 14 Civ. 10161 (PAE). The Court is scheduling such a conference for **Tuesday, February 24, 2015, at 10 a.m.**, to be held in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. In the event that this date and time is not convenient, the parties are at liberty to contact chambers to arrange for an earlier conference date and time, but counsel should not expect this conference to be held later than February 24, 2015.

It is the Court's hope that, with the Second Circuit having clearly spoken as to the applicable deadline for giving a notice of redemption and having ruled for Bank of New York

Mellon on that point, the parties are in the process of working together in good faith and with urgency to resolve this matter and to make the affected note-holders whole.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2015
       New York, New York