# ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

1801 K STREET, N.W., SUITE 411
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

Lawrence S. Robbins

(202) 775-4501
lrobbins@robbinsrussell.com

February 20, 2015

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court for the
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: *Chesapeake Energy Corporation v. The Bank of New York Mellon Trust Company, N.A.*, No. 1:13-cv-1582-PAE

Dear Judge Engelmayer:

On behalf of The Bank of New York Mellon Trust Company, N.A., I was surprised to receive Mr. Ziegler's letter of February 19, 2015 (Dkt. 173) detailing the contents of what I had taken to be confidential settlement communications between the parties. More surprising still was Mr. Ziegler's decision to use this letter to preview Chesapeake's legal arguments in opposition to our recently filed motion (Dkts. 160–162). In any event, I can now confirm that the parties are planning to meet on Monday for the purpose of implementing the Court's Order of February 18, 2015 (Dkt. 170).

Respectfully,

Lawrence S. Robbins

cc: All Counsel (By ECF)