UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHESAPEAKE ENERGY CORPORATION,

                    Plaintiff,

      -v-

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,

                    Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2015

13 Civ. 1582 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received the parties' letters regarding the amount and form of security Chesapeake will be required to post, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, to stay execution of the judgment during the pendency of Chesapeake's impending appeal. *See* Dkt. 198, 199. After reviewing these letters, the Court is strongly inclined to order Chesapeake to post a supersedeas bond equal to 105% of the judgment. If either party objects, it should inform the Court by **10 a.m.** tomorrow (July 22, 2015), and the Court will hear brief argument, in Courtroom 1305, at **2 p.m.** tomorrow (July 22, 2015). If there are no objections, the Court will issue an order that requires Chesapeake to post a supersedeas bond equal to 105% of the judgment.

      SO ORDERED.

                                                                                                                     *Paul A. Engelmayer*
                                                                                          PAUL A. ENGELMAYER
                                                                                          United States District Judge

Dated: July 21, 2015
       New York, New York